**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **In Re:** | **DANIEL LYNCH,** | : | Case No. 11-61786 |
| | **CATHY LYNCH,** | : | |
| | | : | Chapter 13 |
| | | : | |
| | Debtors. | : | Judge John E. Hoffman |

**NOTICE OF CHANGE OF ADDRESS OF DEBTORS**

     Now come Debtors DANIEL LYNCH and CATHY LYNCH by and through the undersigned counsel, and respectfully provide this Honorable Court with notice of a change of address for the Debtors:

> DANIEL LYNCH and CATHY LYNCH
> 144 Windsor Drive
> Reynoldsburg, Ohio 43068

                                                Respectfully submitted,

Dated: 01 December 2014                             *s/ Mark Albert Herder*

                                                          Mark Albert Herder (0061503)
                                                          Attorney for the Debtors
                                                          MARK ALBERT HERDER, LLC
                                                          1031 East Broad Street
                                                          Columbus, Ohio 43205
                                                          Tel.:   614.444.5290
                                                          Fax:   614.444.4446